UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| ESTATE OF RYAN RODRIGUEZ, ) <br> JOE RODRIGUEZ AND CAROL RODRIGUEZ, ) <br> CO-ADMINISTRATORS, ) <br>           PLAINTIFFS, ) <br> ) <br>      v. ) <br> ) <br> JAY SIMON, ) <br> CORRECTIONAL MEDICAL SERVICES, INC., ) <br> EDWARD DIONNE, AND ) <br> JOHN ARZUAGA, ) <br>           DEFENDANTS. ) | DOCKET NO. 2:06-CV-125 |

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE FOR JOHN ARZUAGA <u>ONLY</u>

NOW COME the parties to this action and hereby stipulate that this matter may be dismissed with prejudice as to Defendant, John Arzuaga ONLY.

Dated at Burlington Vermont this 15th day of September, 2010.

PLAINTIFFS

By: */s/ John F. Evers*

John F. Evers
O'NEILL KELLNER & GREEN
84 Pine Street - P.O. Box 5359
Burlington, VT 05402-5359
(802) 865-4700

DEFENDANT JOHN ARZUAGA

By: */s/ John D. Monahan, Jr.*

John D. Monahan, Jr.
DINSE, KNAPP & MCANDREW, P.C.
209 Battery Street
P.O. Box 988
Burlington, VT 05402-0988
(802) 864-5751

        DEFENDANTS JAY SIMON and
        EDWARD DIONNE

By: */s/ Jon J. Tyzbir*

        Jon J. Tyzbir
        VERMONT OFFICE OF THE ATTORNEY
        GENERAL, CIVIL DIVISION
        109 State Street
        Montpelier, VT 05609-1001
        (802) 828-0392


        DEFENDANT CORRECTIONAL MEDICAL
        SERVICES

By: */s/ Kaveh S. Shahi*

        Kaveh S. Shahi
        Cleary Shahi & Aicher, P.C.
        110 Merchants Row
        P.O. Box 6740
        Rutland, VT 05702-6740
        (802) 775-8800


APPROVED AND SO ORDERED:    _____
                                                        U.S. Magistrate Judge